**CARROLLTON–FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT and City of Farmers Branch, Plaintiffs–Appellants,**

v.

**JOHNSON & CRAVENS, 13911, INC., et al., Defendants,**

**Federal Savings & Loan Insurance Corporation, Defendant–Appellee.**

No. 87–1835.

United States Court of Appeals, Fifth Circuit.

March 20, 1989.

Earl Luna, Sydna H. Gordon, Dallas, Tex., for Carrollton–Farmers Branch.

Christopher J. Caso, Kent S. Hofmeister, Hutchison, Price, Boyle & Brooks, Dallas, Tex., for City of Farmers Branch.

Robert B. Wellenberger and Robert O. Lamb, Dallas, Tex., for FSLIC.

Before WISDOM, RUBIN and SMITH, Circuit Judges.

ALVIN B. RUBIN, Circuit Judge:

We grant the appellee's motion to clarify our decision in this case, 858 F.2d 1010 (5th Cir.1988), to the following extent. The sentence that reads:

In *Bean v. Independent American Savings Association*, [838 F.2d 739 (5 Cir.1988)] this court acknowledged that the proviso in section 1730(k)(1) is an exception to the FSLIC's otherwise exclusive jurisdiction to resolve claims against the FSLIC as receiver for a failed savings and loan association.[1]

is now modified to read:

In *Bean v. Independent American Savings Association*, this court acknowledged that the proviso in section 1730(k)(1) is an exception to the jurisdictional grant contained in that statute.

This court has no desire to enter a jurisdictional thicket that does not lie in the center of its path.

MOTION GRANTED.

---

1. 858 F.2d 1010, 1012 (footnote omitted).